UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-mj-01136-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| THOMAS ABRACA-MORALES | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the complaint pending against the above-captioned defendant because of the elapsed time and the unlikelihood of an apprehension, the defendant being a fugitive presumed to be residing in Mexico, and the inability to effectively prosecute due to witness location.

THOMAS G. WALKER
United States Attorney

By: /s/ Leslie K. Cooley
LESLIE K. COOLEY
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel: 919-856-4342
Fax: 919-856-4487
Email: leslie.cooley@usdoj.gov
N.C. State Bar No. 33871

Leave of Court is granted for the filing of the foregoing dismissal.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

Date: 3/1/14